# IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS
## CIVIL DIVISION

KENNETH PERKINS AND
EVELYN PERKINS
        PLAINTIFFS

VS.        NO. CV 2015- 24D

CLEWIS BOZEMAN and
WERNER ENTERPRISES, INC.
        DEFENDANTS

*FILED 2015 MAY 22 AM 9:22 TERRY HAWKINS CIRCUIT COURT CLERK CRITTENDEN COUNTY, AR*

## COMPLAINT AT LAW

Comes now the Plaintiffs, KENNETH PERKINS and EVELYN PERKINS, by and through their attorney, Marc I. Baretz, and for their COMPLAINT against the Defendants, Clewis Bozeman and Werner Enterprises, Inc., states and alleges as follows:

1. Plaintiffs, Kenneth Perkins and Evelyn Perkins are residents of Memphis, Shelby County, Tennessee.

2. Defendant, Clewis Bozeman is a resident of Meridian, Lauderdale County, Mississippi, amenable to service for being a non-resident operator driving upon Arkansas highways.

3. Defendant, Werner Enterprises, Inc. is a foreign corporation qualified to do business in Arkansas with a principle office located at 14507 Frontier Road, Omaha, NE 68138-3875 whose registered agent is:

National Registered Agents, Inc. of AR, 124 W. Capitol Ave., Ste 1900, Little Rock, AR 72201.

4. Plaintiff, Kenneth Perkins's, cause of action arises in tort a result of negligent acts of Defendant, Clewis Bozeman as the driver/agent of/for Werner Enterprises Inc.

hereinafter "Werner Enterprises", resulting in bodily injuries to Plaintiff, Kenneth Perkins.

5 Jurisdiction is based on a tort action in West Memphis, Arkansas on or about May 31, 2013. Venue is proper in Crittenden County, Arkansas as the vehicle collision occurred there.

6. That on or about May 31, 2013 at or around 2:20 p.m., Plaintiff, Kenneth Perkins was the owner/driver of a year model 1999 Blue Infinity and was traveling southbound on Ingram/Ingram Extended in the left lane approaching the intersection with Ingram Blvd. At the time of said accident Defendant, Clewis Bozeman was the operator of a year model 2010 blue Peterbuilt diesel tractor truck with an attached trailer owned by Werner Enterprises. Defendant, Clewis Bozeman was operating said vehicle as an employee of Defendant Werner Enterprises and was exiting a private drive to execute a right-hand turn to travel South on Ingram/Ingram Extended and entered the left lane turn lane at the intersection with Ingram Blvd.

7. At the time of the accident, the Defendant Clewis Bozeman suddenly and without warning made a right-hand turn from the private drive and entered the left lane of traffic onto Ingram/ Ingram Extended crossing into the left-hand turn lane of traffic in which Plaintiff's vehicle was traveling. When the Defendant's vehicle crossed into Plaintiff's lane, the tractor truck made contact with the Plaintiff's vehicle on the right side. As a direct and proximate result of said impact, Plaintiff, Kenneth Perkins's person was injured.

8. The Plaintiff, Kenneth Perkins, asserts that the negligence of the Defendant, Clewis Bozeman, is imputed to Werner Enterprises, as Defendant Clewis Bozeman was an employee of Werner Enterprises at the time of the negligent actions, and he was acting within the scope of his employment and with the authority of his employer, Werner

Enterprises. Defendant Clewis Bozeman's negligent actions proximately caused and/or proximately contributed to the accident for which Defendant Werner Enterprises is liable under the doctrines of agency, respondeat superior, negligent entrustment and/or other theories of vicarious liability.

9. That the Defendant, Clewis Bozeman acting as the agent and or employee of Werner Enterprise, committed the following acts of negligence, which was the proximate cause of the injuries, and damages as hereinafter set forth:

(a)  Not keeping a proper lookout ahead; and/or behind;

(b)  Did not have the vehicle he was operating under proper control;

(c)  Failed to divert the vehicle from its course of travel when an accident was imminent;

(d)  Did not maintain the vehicle he was operating under reasonably safe conditions, with brakes adequate to control the movements of or to stop or hold said vehicle prior to changing lanes;

(e)  Made an improper turn and failed to yield the right of way;

(f)  Failed to signal his intent to turn prior to initiating his turn;

(g)  Violated other rules of the road and traffic laws in the state of Arkansas, and/or

(h)  Otherwise operating a vehicle in a negligent and reckless manner in complete disregard for the safety of Plaintiff.

10. As a direct and proximate result of the aforesaid negligent actions of Defendant Clewis Bozeman, which are imputed to Werner Enterprises, the Plaintiff, Kenneth Perkins, sustained bodily injuries. As a direct and proximate result of the negligence of

3

the Defendant, Clewis Bozeman, Plaintiff has been caused to suffer and incur severe, painful and permanent bodily injuries and damages, precipated or aggravated by the wrongs complained of including but not limited to the following, to-wit:

    (a) Medical expenses incurred to date and reasonably certain to be incurred in the future;

    (b) Past and future pain and suffering and mental anguish;

    (c) Loss of earnings and loss of ability to earn in the future;

    (d) Bodily injuries and damages;

    (e) Loss of enjoyment of life;

11. As a direct and proximate result of the aforesaid negligent actions of Defendant Clewis Bozeman, which are imputed to Werner Enterprises, the Plaintiff, Evelyn Perkins, wife of Kenneth Perkins, sustained a loss of consortium.

12. At the time of the aforesaid accident and immediately prior thereto, the Plaintiff was guilty of no negligence whatsoever that proximately caused or contributed to the accident.

13. As a proximate result of the negligence of the Defendant, Clewis Bozeman, the Plaintiff, Kenneth Perkins, seeks personal injury damages in a sum in excess of Five Hundred Thousand Dollars ($500,000.00).

WHEREFORE, PREMISES CONSIDERED, Plaintiffs prays as follows:

1. Plaintiffs, Kenneth Perkins and Evelyn Perkins prays for Judgment against the Defendants, Clewis Bozeman, driver, and Werner Enterprises, Inc., owner, jointly and separately, in a sum in excess of Five Hundred Thousand Dollars ($500,000.00).

2. For costs, attorney's fees, and any and all other relief to which Plaintiffs may be entitled.

3. Plaintiffs demand a jury trial.

Respectfully Submitted,

KENNETH PERKINS and
EVELYN PERKINS, PLAINTIFFS

BY: _____
Marc I. Baretz (AR Bar #75004)
110 Thompson Ave, POB 1107
West Memphis, AR 72303
Tel: 870-732-4102
Fax: 870-732-4100
Email: marcbaretz@aol.com


Mary E. Whitaker, *Pro Hac Vice*
(TN Bar #011187)
659 Freeman Street
Memphis, TN 38122
Tel: 901-327-4243
Fax: 901-324-5123

ATTORNEYS FOR PLAINTIFFS